```
DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900
```

Attorneys for Defendant **Alexander Kosmin**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                            )<br>         Plaintiff,         )<br>                            )<br>v.                          )<br>                            )<br>ALEXANDER KOSMIN,           )<br>                            )<br>         Defendant.         )<br>_____) | Case No. CR-12-0253 CRB (BZ)<br><br>**STIPULATION CONTINUING ARRAIGNMENT ON INFORMATION AND EXCLUDING TIME AND [PROPOSED] ORDER THEREON**<br><br>Date: May 22, 2012<br>Time: 9:30 a.m.<br>Ctrm: D |

**IT IS HEREBY STIPULATED** by and between the parties that the arraignment on the Information currently scheduled for May 22, 2012 at 9:30 a.m. be continued to June 14, 2012 at 9:30 a.m.

**IT FURTHER STIPULATED** that the time for indictment and/or preliminary hearing, pursuant to Fed. R. Crim P. 5.1, be extended from May 22, 2012 to June 14, 2012.

**IT IS FURTHER STIPULATED** that the time between May 22, 2012 and June 14, 2012 be excluded from calculation under the Speedy

STIPULATION CONTINUING ARRAIGNMENT
ON INFORMATION AND EXCLUDING TIME
AND [PROPOSED] ORDER THEREON
U.S. v. KOSMIN;
CASE NO. CR-12-0253 CRB (BZ)              1

1  Trial Act, pursuant to 18 U.S.C. Section 3161(b), so that new
2  counsel may appropriately review the file and the proposed plea
3  agreement.
4      **IT IS SO STIPULATED.**

MELINDA HAAG, ESQ.
United States Attorney

Dated: May 18, 2012         By: /s/Michelle J. Kane
                            MICHELLE J. KANE, ESQ.
                            Assistant United States Attorney
                            Attorney for Plaintiff

Dated: May 18, 2012         By: /s/David J. Cohen
                            DAVID J. COHEN, ESQ.
                            Attorneys for Defendant **Kosmin**

    **IT IS SO ORDERED.**

Dated: 05/21/12
                            _____
                            THE HON. BERNARD ZIMMERMAN
                            UNITED STATES MAGISTRATE JUDGE

STIPULATION CONTINUING ARRAIGNMENT
ON INFORMATION AND EXCLUDING TIME
AND [~~PROPOSED~~] ORDER THEREON
U.S. v. KOSMIN;
CASE NO. CR-12-0253 CRB (BZ)           2