1  DAVID J. COHEN, ESQ.
   California Bar No. 145748
2  **BAY AREA CRIMINAL LAWYERS, PC**
3  300 Montgomery Street, Suite 660
   San Francisco, CA 94104
4  Telephone: (415) 398-3900

5  Attorneys for Defendant **Alexander Kosmin**

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,   )   Case No. CR-12-0253 CRB (BZ)
11                             )
           Plaintiff,          )
12                             )   **STIPULATION TO PERMIT TRAVEL BY**
   v.                          )   **ALEXANDER KOSMIN TO BROOKLYN,**
13                             )   **NEW YORK BETWEEN AUGUST 13, 2012**
   ALEXANDER KOSMIN,           )   **AND AUGUST 21, 2012 AND**
14                             )   **[PROPOSED] ORDER THEREON**
           Defendant.          )
15                             )

16

17     **IT IS HEREBY STIPULATED** by and between the parties that Mr.

18 Kosmin be permitted to travel to Brooklyn, New York, between

19 August 13, 2012 and August 21, 2012.  The purpose of this travel

20 is so that Mr. Kosmin could visit his friends on vacation.  Mr.

21 Kosmin will be staying at his friend Yana Galbshtein's residence.

22 Mr. Galbshtein's home address is 100 South 4th Street, Apt. 2B,

23 Brooklyn, NY 11211.  Assistant United States Attorney Michelle

24 Kane has been consulted regarding this request and has no

25

26 STIPULATION TO PERMIT TRAVEL
   BY ALEXANDER KOSMIN TO BROOKYLN,
   NEW YORK, BETWEEN AUGUST 13,
27 2012 AND AUGUST 21, 2012 AND
   [PROPOSED] ORDER THEREON
   U.S. v. KOSMIN;
28 CASE NO. CR-12-0253 CRB (BZ)            1

1  objection.  Pre-trial Services Officer Joshua Libby has also been
2  consulted regarding this request and has no objection.
3      **IT IS SO STIPULATED.**

```
                                    MELINDA HAAG, ESQ.
                                    United States Attorney


Dated: August 8, 2012        By: /s/Michelle J. Kane
                                    MICHELLE J. KANE, ESQ.
                                    Assistant United States Attorney
                                    Attorney for Plaintiff



Dated: August 8, 2012        By: /s/David J. Cohen
                                    DAVID J. COHEN, ESQ.
                                    Attorneys for Defendant Kosmin
```

    **IT IS SO ORDERED.**

```
Dated: August 10, 2012       _____
                             THE HONORABLE ~~ELIZABETH D. LAPORTE~~
                             UNITED STATES MAGISTRATE JUDGE
                                                       LAUREL BEELER
```

STIPULATION TO PERMIT TRAVEL
BY ALEXANDER KOSMIN TO BROOKYLN,
NEW YORK, BETWEEN AUGUST 13,
2012 AND AUGUST 21, 2012 AND
~~[PROPOSED]~~ ORDER THEREON
U.S. v. KOSMIN;
CASE NO. CR-12-0253 CRB (BZ)        2