DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Alexander Kosmin**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDER KOSMIN, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR-12-0253 CRB (LB) <br><br> **STIPULATION TO PERMIT TRAVEL BY ALEXANDER KOSMIN TO LAS VEGAS, NEVADA BETWEEN JANUARY 31, 2013 AND FEBRUARY 4, 2013 AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties that Mr. Kosmin be permitted to travel to Las Vegas, Nevada between January 31, 2013 and February 4, 2013. The purpose of this travel is so that Mr. Kosmin may go on a trip with his friends to Las Vegas. They will be staying at the Hard Rock Hotel & Casino located at 4455 Paradise Road, Las Vegas NV. Assistant United States Attorney Michelle Kane has been consulted regarding this request and has no objection. Pre-trial Services Officer Joshua Libby has also been consulted regarding this request and has no

STIPULATION TO PERMIT TRAVEL
BY ALEXANDER KOSMIN TO LAS VEGAS,
NEVADA BETWEEN JANUARY 31, 2013 AND
FEBRUARY 4, 2013 AND [PROPOSED]
ORDER THEREON
U.S. v. KOSMIN;
CASE NO. CR-12-0253 CRB (BZ)              1

1  objection.

2  **IT IS SO STIPULATED.**

                                    MELINDA HAAG, ESQ.
                                    United States Attorney

Dated: January 29, 2013    By: /s/Michelle J. Kane
                                    MICHELLE J. KANE, ESQ.
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


Dated: January 29, 2013    By: /s/David J. Cohen
                                    DAVID J. COHEN, ESQ.
                                    Attorneys for Defendant **Kosmin**


**IT IS SO ORDERED.**


Dated: January 31, 2013            _____
                                    THE HONORABLE LAUREL BEELER
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION TO PERMIT TRAVEL
BY ALEXANDER KOSMIN TO LAS VEGAS,
NEVADA BETWEEN JANUARY 31, 2013 AND
FEBRUARY 4, 2013 AND [PROPOSED]
ORDER THEREON
U.S. v. KOSMIN;
CASE NO. CR-12-0253 CRB (BZ)           2